IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Civ. No. 4:12-CV-207-FL

| | |
|---|---|
| DOUGLAS MORRIS, JR., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | ORDER |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| Defendant. ) | |
| _____) | |

Pursuant to the power of this Court to enter a judgment affirming, modifying or reversing the Commissioner's decision with remand in Social Security actions under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. §405(g), and upon consideration of the Commissioner's unopposed request to remand this cause for further administrative proceedings, the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. §405(g), and remands the case to the Commissioner for further administrative proceedings with respect to Plaintiff's claim of disability. See Shalala v. Schaefer, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991).

This 8TH day of April, 2013.

_____
LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE