THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:12-CV-207-FL

| | |
|---|---|
| DOUGLAS MORRIS, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | ORDER GRANTING ATTORNEY FEES |
| vs. ) | PURSUANT TO THE EQUAL ACCESS TO |
| ) | JUSTICE ACT, 28 U.S.C. § 2412 |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

This is a Social Security case in which judgment was entered on April 10, 2013, and Order entered that the case be remanded to the Commissioner for further proceedings. Upon application of plaintiff filed April 24, 2013, the parties have stipulated to an award of attorney's fees under the Equal Access to Justice Act, 28 U.S.C. Section 4212, in the amount of $3,828.18. It is therefore,

ORDERED that the fee award will first be subject to offset of any debt Plaintiff may owe to the United States. Defendant will determine whether Plaintiff owes a debt to the United States. If so, the debt will be satisfied first, and if any funds remain, they will be made payable to Plaintiff and mailed to Plaintiff's counsel at P.O. Box 3605, Morehead City, North Carolina 28557. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made payable to Plaintiff's counsel, Janet M. Lyles, of Davis, Murrelle & Lyles, P.A., and mailed to her above-noted business address, in accordance with Plaintiff's assignment to his attorney of his right to payment of attorney's fees under the Equal Access to Justice Act.

It is so ORDERED this the 10TH day of May, 2013.

_____
LOUISE W. FLANAGAN
United States District Judge

CONSENTED TO:

/s/ Janet M. Lyles
Davis, Murrelle & Lyles, P.A.
PO Box 3605
Morehead City, NC 28557
Telephone: 252-726-2000
Fax: 252-222-3203
E-mail: jlyles@nccoastlaw.com
State bar No.: 12476
Attorney for Plaintiff


/s/ Thomas M. Nanni (with permission)
Special Assistant Untied States Attorney
Social Security Administration
Office of the General Counsel
6401 Security Boulevard
Altmeyer Building, Room 647
Balitmore, MD 21235-6401
410-965-2350
Attorney for Defendant
Maryland bar